UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN RANGEL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-0085-X-BN |
| | § | |
| ELLIS CO. S.O. and WAYNE MCCOLLUM DETENTION CENTER, | § § § | |
| | § | |
| *Defendants.* | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. 6]. No objections were filed. Despite repeated attempts, mailing notice of the findings, conclusions, and recommendation was unsuccessful due to a changed address.[1]

Because Plaintiff has not received notice of the findings, conclusions, and recommendation and therefore could not object, the District Court reviewed *de novo* the proposed findings, conclusions, and recommendation, as though objection had been made. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 29th day of September, 2023.

---

[1] Docs. 8, 9, 10, 12.

1

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE